(No. 73-CC-130—Claimant )

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, AN ILLINOIS NOT-FOR-PROFIT CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed July 9, 1973.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-233—Claimant )

RAYMOND W. MILES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed July 9, 1973.*

DUHADWAY, SUDDES & DAVIS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.